# [EX A](#)

# THE NOTICE OF CLAIM

_____X

In the Matter of the Claim of

RUNWAY TOWING CORP.,

                                          Claimant,        **NOTICE OF CLAIM**

   -  against  -

MICHAEL MAZZIO, MIKE'S HEAVY-DUTY
TOWING, INC., ERIC ULRICH, THE DEPARTMENT
OF CONSUMER AND WORKER PROTECTION,
VILDA VERA MAYUGA, Commissioner of the New
York City Department,

                                        Respondents.

_____X

To the Comptroller of the City of New York via certified U.S. mail.

**PLEASE TAKE NOTICE** that Runway Towing Corp., ("Claimant"), by its attorneys Margolin & Pierce, LLP, makes a claim and demand against the City of New York as follows:

Claimant lost its Department of Consumer and Worker Protection ("DCWP") operating license because of corruption in that the Commissioner of the former Department of Buildings, Eric Ulrich ("Ulrich") was bribed by Michael Mazzio ("Mazzio") in exchange for the Ulrich to influence the DCWP in its determination of non-renewal of Runway's tow truck operating license so that Mazzio's company (Mike's Heavy-Duty Towing, Inc.") could regain control of the arterial highways of New York City.

    1.     Claimant's name and address:

          Runway Towing Corp.,
          1 24-20 S Conduit Ave
          South Ozone Park, New York 11420

2. Claimant's lawyers' name and address:

   Errol F. Margolin
   Margolin & Pierce, LLP
   16 Hampton Road, Suite 16
   Southampton, NY 11968

3. The nature of the claim: The Claimant lost its tow operator license on January 27, 2023, after the DCWP successfully appealed a Supreme Court decision annulling the DCWP's determination of non-renewal.

4. On September 13, 2023, Ulrich and Mazzio were indicted, and as was revealed in the indictment, Mazzio paid Ulrich sums of money to get favors for his company and to discredit Runway. The DCWP's discretion was bought and paid for by Runway's competitor. The determination of the DCWP was the product of corruption, in violation of Runway's civil rights, and issued in violation of law.

5. The items of injury cleared are the destruction of Runway's business and legal expenses. This claim is for $100 million dollars for actual damages and $50 million dollars for punitive damages.

6. This claim and demand is hereby presented for adjustment.

**PLEASE TAKE FURTHER NOTICE** that by reason of the foregoing, in default of the City of New York to pay or adjust this claim within the time limits for compliance, the Claimant intends to commence an action against the City of New York and the agents involved.

Dated: Southampton, NY 11968
       October 25, 2023

*Errol F. Margolin*
———————————
Errol F. Margolin
Attorney for Claimant

## VERIFICATION

STATE OF NEW YORK )
                           ) s.s.:
COUNTY OF QUEENS )

CHRIS PRITSINEVELOS, being duly sworn, deposes and says:

1. I am the President of the Claimant company in the above Notice of Claim (the "Claim").

2. I have read the Claim.

3. Everything in the Claim is true to my knowledge.

_Chris Pritsinevelos_
CHRIS PRITSINEVELOS

Sworn to before me this
26th day of October, 2023

_Notary Public_

Paula Valente
Notary Public, State of New York
No. 01VA5035332
Qualified in Nassau County
Commission Expires: 11-1-23

3